## No. 847.

### THE STATE vs. JULIAN GUIDRY ET ALS.

Where a person under indictment has been released on bond, and the district attorney informed the counsel for the accused that he need not appear, as the indictment would be dismissed and the prosecution be stopped, and the counsel apprised the accused of this and in consequence thereof he did not appear; *held*, upon a suit against the sureties to enforce the bond, satisfactory proof of the above would operate their release.

APPEAL from the District Court for Vermillion.    MOUTON, J.

*W. Mouton* for Defendants.

DE BLANC, J., delivered the opinion.